**DISMISS and Opinion Filed March 8, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00988-CV**

**TIM SANDLUND, Appellant**
**V.**
**FORTRESS IRON, LP D/B/A FORTRESS BUILDING PRODUCTS,**
**Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-13090**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Miskel

Before the Court is appellant's unopposed motion to dismiss the appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

230988f.p05

/Emily Miskel/

EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIM SANDLUND, Appellant

No. 05-23-00988-CV          V.

FORTRESS IRON, LP D/B/A
FORTRESS BUILDING
PRODUCTS, Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-13090.
Opinion delivered by Justice Miskel.
Justices Reichek and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.


Judgment entered this 8th day of March, 2024.